**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DAVID KATT, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CENTURY CASINOS, INC.,<br><br>      Defendant. | Case No.: 1:20-cv-00400 |

## NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached a settlement in this matter and respectfully request that the Court vacate all pending deadlines and permit the parties 60 days to finalize settlement documentation and to submit their Stipulation of Dismissal with Prejudice of this lawsuit pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted this 8th day of October 2020.

| **MARCUS & ZELMAN LLC** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| /s/ *Ari H. Marcus (with permission)* | /s/ *Raphael B. Coburn* |
| Ari H. Marcus (#029662010) | Jeffrey S. Beck (#24793-29) |
| 701 Cookman Avenue, Suite 300 | Jeffrey.beck@FaegreDrinker.com |
| Asbury Park, New Jersey 07712 | 300 N. Meridian St., Suite 2500 |
| Tel: (732) 695-3282 | Indianapolis, IN 46204 |
| Fax: (732) 298-6256 | Telephone: 317-237-8329 |
| ari@marcuszelman.com | Facsimile: 317-237-1000 |
| | |
| *Attorneys for Plaintiff* | Raphael B. Coburn (#0398318 ) |
| | raphael.coburn@FaegreDrinker.com |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | Telephone: 612-766-7000 |
| | Facsimile: 612-766-1600 |
| | |
| | *Attorneys for Defendant Century Casinos, LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2020, the foregoing **Notice of Settlement** was filed with the Clerk of Court using the CM/ECF system and served on the following via the ECF/CM system:

Ari H. Marcus, Esq.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
ari@marcuszelman.com

*Attorney for Plaintiff*

*s/ Raphael B. Coburn*