IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-00400-RBJ

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CENTURY CASINOS, INC.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and Jeffrey Scott Beck and Raphael Bennett Coburn on behalf of Defendant Century Casinos, Inc., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 9th day of November 2020.

/s/ *Ari Hillel Marcus*
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


/s/ *Jeffrey Scott Beck*
Jeffrey Scott Beck
Faegre Drinker Biddle & Reath LLP-Indianapolis
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
Telephone: 317-237-8329
jeffrey.beck@faegredrinker.com

/s/ *Raphael Bennett Coburn*
Raphael Bennett Coburn
Faegre Drinker Biddle & Reath LLP-Minneapolis
90 South 7th Street
Suite 2200
Minneapolis, MN 55402
Telephone: 612-766-7159
raphael.coburn@faegredrinker.com
ATTORNEYS FOR DEFENDANT
CENTURY CASINOS, INC.

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Jeffrey Scott Beck
jeffrey.beck@faegredrinker.com

Raphael Bennett Coburn
raphael.coburn@faegredrinker.com

                              /s/ *Ari H. Marcus*